UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re:   CARL EUGENE GOSMAN           §           Case No.: 04-10426
         KELLY BETH GOSMAN            §
                                      §
         Debtor(s)                    §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Robert A. Brothers, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/07/2004.

2) This case was confirmed on 12/27/2004.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 06/18/2009.

6) Number of months from filing to the last payment: 60

7) Number of months case was pending: 67

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   13,186.48

10) Amount of unsecured claims discharged without payment $   13,820.29

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 82,087.90 |
| Less amount refunded to debtor | $ 1,065.90 |
| **NET RECEIPTS** | $ 81,022.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 1,485.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 4,602.15 |
| Other | $ 88.72 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 6,175.87 |
| Attorney fees paid and disclosed by debtor | $ 515.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED | 20,000.00 | .00 | 16,125.00 | 16,125.00 | 403.82 |
| INDIANA DEPT OF REVE | PRIORITY | 7,000.00 | .00 | 5,140.60 | 5,140.60 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 40,000.00 | .00 | 32,864.48 | 32,864.48 | .00 |
| FRANKLIN CREDIT MGMT | SECURED | .00 | .00 | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | .00 | .00 | 2,412.48 | 2,177.51 | .00 |
| MARION COUNTY TREASU | SECURED | 215.80 | .00 | .00 | .00 | .00 |
| CARMEL FINANCIAL COR | UNSECURED | 5,851.02 | .00 | 6,309.99 | 5,695.41 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 861.41 | .00 | 1,003.48 | 905.74 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 292.51 | .00 | 554.62 | 500.60 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1,694.12 | .00 | 2,186.11 | 1,973.19 | .00 |
| eCAST SETTLEMENT COR | UNSECURED | 794.96 | .00 | 887.10 | 800.67 | .00 |
| INTERNAL REVENUE SER | UNSECURED | .00 | .00 | 6,842.09 | 6,175.69 | .00 |
| CAPITAL ONE | UNSECURED | 564.60 | .00 | 708.53 | 639.52 | .00 |
| CAPITAL ONE | UNSECURED | 632.93 | .00 | 752.86 | 679.51 | .00 |
| INDIANA DEPT OF REVE | UNSECURED | .00 | .00 | 846.90 | 764.39 | .00 |
| BANK ONE | SECURED | 55,513.52 | NA | NA | .00 | .00 |
| NEW CROWN CEMETERY | SECURED | 1,102.53 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 108.79 | NA | NA | .00 | .00 |
| CITIZENS GAS | UNSECURED | 393.16 | NA | NA | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | 30.94 | NA | NA | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | 27.58 | NA | NA | .00 | .00 |
| COMMUNITY HOSPITAL | UNSECURED | 47.43 | NA | NA | .00 | .00 |
| COMMUNITY HOSPITAL | UNSECURED | 681.79 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COMMUNITY HOSPITAL | UNSECURED | 240.55 | NA | NA | .00 | .00 |
| COMMUNITY HOSPITAL | UNSECURED | 1,488.64 | NA | NA | .00 | .00 |
| CROSSINGS BOOK CLUB | UNSECURED | 48.48 | NA | NA | .00 | .00 |
| DAWES FRETZIN DERMAT | UNSECURED | 35.16 | NA | NA | .00 | .00 |
| FEATURE FILMS FOR FA | UNSECURED | 97.50 | NA | NA | .00 | .00 |
| GORDON MCLAUGHLIN MD | UNSECURED | 71.43 | NA | NA | .00 | .00 |
| INDIANA HEART ASSOCI | UNSECURED | 284.02 | NA | NA | .00 | .00 |
| INDIANA SURGERY CENT | UNSECURED | 815.84 | NA | NA | .00 | .00 |
| INDIANA SURGERY CENT | UNSECURED | 455.24 | NA | NA | .00 | .00 |
| INDIANA SURGERY CENT | UNSECURED | 259.72 | NA | NA | .00 | .00 |
| IRVINGTON RADIOLOGIS | UNSECURED | 16.34 | NA | NA | .00 | .00 |
| JC PENNEY | UNSECURED | 389.98 | NA | NA | .00 | .00 |
| LOWES | UNSECURED | 580.56 | NA | NA | .00 | .00 |
| MARGARET GANN | UNSECURED | 4,000.00 | NA | NA | .00 | .00 |
| MARION COUNTY CLERK | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| MARTIN AND MARTIN DD | UNSECURED | 255.76 | NA | NA | .00 | .00 |
| MEDICAL ASSOCIATES | UNSECURED | 232.72 | NA | NA | .00 | .00 |
| MEDSHIELD | UNSECURED | 809.27 | NA | NA | .00 | .00 |
| NORTHWEST RADIOLOGY | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| SILKIES | UNSECURED | 46.98 | NA | NA | .00 | .00 |
| SOUND & SPIRIT | UNSECURED | 26.52 | NA | NA | .00 | .00 |
| TIMOTHY DICKIE MD | UNSECURED | 38.96 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 16,125.00 | 16,125.00 | 403.82 |
| **TOTAL SECURED:** | 16,125.00 | 16,125.00 | 403.82 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 38,005.08 | 38,005.08 | .00 |
| **TOTAL PRIORITY:** | 38,005.08 | 38,005.08 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 22,504.16 | 20,312.23 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 6,175.87 |
| Disbursements to Creditors | $ | 74,846.13 |
| **TOTAL DISBURSEMENTS:** | $ | 81,022.00 |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   01/08/2010              /s/ Robert A. Brothers
                                                                                 Robert A. Brothers,  Chapter  13 Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**